**DISMISS and Opinion Filed June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00444-CV

### ALISON L. DARRELL, Appellant
### V.
### LARAMAR MANAGEMENT SERVICES, LLC AND
### LARAMAR COMMUNITIES, L.L.C., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04366-2011**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

On June 25, 2014, the Court granted appellant's motion to dismiss two of the four appellees. Before the Court is appellant's motion to dismiss her appeal against the remaining two appellees. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140444F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALISON L. DARRELL, Appellant

No. 05-14-00444-CV       V.

LARAMAR MANAGEMENT
SERVICES, LLC, AND LARAMAR
COMMUNITIES, L.L.C., Appellees

On Appeal from the 199th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 199-04366-2011.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, LARAMAR MANAGEMENT SERVICES, LLC, AND LARAMAR COMMUNITIES, L.L.C., recover their costs of this appeal from appellant, ALISON L. DARRELL.

Judgment entered June 30, 2014